# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 5, 2020

### NO. 03-19-00458-CV

**Stephano Aviles, Appellant**

**v.**

**Jessica Lynn Aviles, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on June 27, 2019. Having reviewed the record, the Court holds that Stephano Aviles has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.